# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| AMERICAN PATENTS LLC,<br>*Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | W-21-CV-00638-ADA |
| XEROX CORPORATION, DAHILL OFFICE TECHNOLOGY CORPORATION,<br>*Defendants* | §<br>§<br>§<br>§ | |

## ORDER OF LIMITED REFERRAL

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the *Markman* hearing and claim construction order are referred to United States Magistrate Judge Derek T. Gilliland.

SIGNED this 10th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE