IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>XEROX CORPORATION and DAHILL OFFICE TECHNOLOGY CORPORATION D/B/A XEROX BUSINESS SOLUTIONS SOUTHWEST,<br><br>  Defendants. | CIVIL ACTION NO. 6:21-cv-638-ADA |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this date the Court considered the Joint Motion to Stay all Deadlines and Notice of Settlement between Plaintiff American Patents LLC ("American") and Defendants Xerox Corporation and Dahill Office Technology Corporation d/b/a Xerox Business Solutions Southwest (collectively, "Xerox"). Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be granted.

It is, therefore, **ORDERED** that all proceedings and deadlines in this case between American and Xerox be stayed for thirty (30) days.

**SO ORDERED**

_____
Honorable Judge Alan D Albright
UNITED STATES DISTRICT COURT JUDGE